The Atlantic, Suwannee River & Gulf Railway Company, Appellant, vs. The South Florida Railroad Company, The Savannah, Florida & Western Railway Company, and H. F. Dutton, J. G. Nichols, H. G. Robinson and W. G. Robinson, partners under the firm name and style of H. F. Dutton & Co., C. W. Chase and W. S. Walker, Appellees.

Appeal from Circuit Court Alachua county.

*R. H. Liggett*, for Appellant.

*Syd. L. Carter*, for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals.

Appeal dismissed on moton of counsel for appellees.